CHATILLON, Respondent, v. CO-OPERATIVE APARTMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Dorothy P. Chatillon against the Co-operative Apartment Company. Campbell & Boland, of New

York City, for appellant. J. B. Smith, Jr., of New York City, for respondent.'

PER CURIAM. Order (90 Misc. Rep. 108, 152 N. Y. Supp. 593) affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM, P. J., and SCOTT, J., dissent.'